# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 02-00524 |
| | : | |
| DARRIUS EDWARDS | : | CIVIL ACTION |
| | : | 20-03079 |

## **ORDER**

**AND NOW,** this 21st day of September, 2023, it is **ORDERED** that Darrius Edward's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is **DENIED**.

                                                          s/ANITA B. BRODY, J.
                                                          ANITA B. BRODY, J.